UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COUNTY LAKE TOWNHOMES, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:17-cv-02342-TWP-DML |
| RONALD CARTWRIGHT, | ) |
| Defendant. | ) |

## ENTRY DISMISSING ACTION AND DIRECTING ENTRY OF FINAL JUDGMENT

On July 11, 2017, Mr. Ronald Cartwright removed this eviction action to this Court from small claims court in Warren Township. Case No. 49K06-1705-SC-002342. In the Entry of July 17, 2017, the Court took judicial notice of the fact that the small claims action was dismissed on June 5, 2017. This action was no longer pending at the time Mr. Cartwright filed his notice of removal.

The Court informed Mr. Cartwright that because the action was already dismissed at the time it was removed to this Court, there was no case or controversy remaining for this Court to resolve. In addition, there was no basis for removal jurisdiction because this Court does not have original jurisdiction over eviction proceedings for nonpayment of rent between two Indiana parties. *See* 28 U.S.C. § 1441(a).

Mr. Cartwright was given through August 4, 2017, in which to show cause why this action should not be dismissed for lack of subject matter jurisdiction. He has not responded to this direction. He was also informed that failure to show cause would result in the dismissal of the action for the reasons set forth in the Entry without further notice.

Accordingly, because Mr. Cartwright has failed to show cause as directed, this action is dismissed for lack of subject matter jurisdiction. Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 8/25/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Ronald Cartwright
2742-A White Knight Blvd 070
Indianapolis, IN 46229